IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

KIMBERLY PATTERSON,

    Plaintiff,

VS.                                    NO. 04-2433-MaP

MEMPHIS MANAGED CARE, INC., ET AL.,

    Defendants.

---

ORDER GRANTING MOTION FOR EXTENSION OF DEADLINES

---

Before the court is the June 24, 2005, joint motion of the parties requesting that the discovery deadline and the dispositive motions deadline in this matter be extended. For good cause shown, the motion is granted. The deadline for completing discovery is extended to July 18, 2005. The deadline for filing potentially dispositive motions is extended to August 22, 2005.

All other dates remain in effect as previously set. Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 15th day of June, 2005.

                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02433 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Stephen J. Bearman
LAW OFFICES OF STEPHEN J. BEARMAN
100 N. Main Building
Ste. 3009
Memphis, TN 38103

Don L Hearn
GLANKER BROWN
One Commerce Square
Ste 1700
Memphis, TN 38103

Timothy A. Ryan
THOMPSON & RYAN
5100 Poplar Ave.
Ste. 2700
Memphis, TN 38137

Aaron R. Parker
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT