IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ℒ𝒽__ D.C.

05 SEP 27 PM 2:18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

KIMBERLY PATTERSON,

    Plaintiff,

VS.                       NO. 04-2433-MaP

MEMPHIS MANAGED CARE, INC., ET AL.,

    Defendants.

## ORDER AMENDING SCHEDULE

Pursuant to the defendants' August 19, 2005, motion to continue the trial in this matter, the court held a status conference on September 21, 2005. Attending on behalf of the plaintiff was Timothy Ryan. Participating on behalf of the defendants were Courtney Ellis, Nathan Bicks, Monica Wharton, and John Houseal. For good cause shown, the court grants the motion and amends the schedule as follows:

1. The response to the pending summary judgment motion is due October 21, 2005.

2. The parties shall submit a joint proposed pretrial order by 5:00 p.m. on November 7, 2005.

3. A pretrial conference will be held on Monday, November 14, 2005, at 9:00 a.m.

4. The non-jury trial is **reset** to Monday, November 28, 2005, at 9:30 a.m. and is expected to take 1 day.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-28-05

4/1

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 27th day of September, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CV-02433 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Stephen J. Bearman
LAW OFFICES OF STEPHEN J. BEARMAN
100 N. Main Building
Ste. 3009
Memphis, TN 38103

Aaron R. Parker
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Courtney E. Ellis
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Monica N. Wharton
One Commerce Square
Suite 1700
Memphis, TN 38103

Timothy A. Ryan
THOMPSON & RYAN
5100 Poplar Ave.
Ste. 2700
Memphis, TN 38137

Honorable Samuel Mays
US DISTRICT COURT